TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: thatfield@hatfieldlawassociates.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOE SMITH, an individual, | Case No: 2:18-cv-00256-KJD-CWH |
| Plaintiff, | |
| vs. | SUBSTITUTION OF COUNSEL |
| NICHOLAS & CO. FOODSERVICE, LLC; DOES I through V, inclusive; and ROE CORPORATIONS VI through X, inclusive, | |
| Defendants. | |

The undersigned Plaintiff hereby consents to and does hereby substitute attorney TREVOR J. HATFIELD, and the law firm of HATFIELD & ASSOCIATES, LTD., as attorney of record for Plaintiff in the above-entitled action, in the place and stead of JOHN C. COURTNEY, ESQ. of the law firm of LBC LAW GROUP.

Attached and incorporated herein are the signatures of Plaintiff JOE SMITH and of counsel approving the Substitution of Counsel.

I, JOE SMITH, Plaintiff in the within case, do hereby consent to the substitution of counsel.

DATED this 18 day of May, 2018.

JOE SMITH, Plaintiff

By: /s/ Joe Smith
JOE SMITH

JOHN C. COURTNEY, ESQ., of the law firm of LBC LAW GROUP, agrees to the substitution of TREVOR J. HATFIELD, ESQ., of HATFIELD & ASSOCIATES, LTD., as Attorney of Record for JOE SMITH, Plaintiff in the above-entitled action, in his place and stead.

LBC LAW GROUP

By: /s/ Bar #12510 for:
John C. Courtney, Esq. (SBN 11092)
3215 W. Charleston Blvd., Ste. 120
Las Vegas, Nevada 89102
(702) 608-3030 Tel.
Email: info@lbclawgroup.com
*Former Attorney for Plaintiff*

TREVOR J. HATFIELD, ESQ., of the law firm of HATFIELD & ASSOCIATES, LTD, agrees to be substituted as Attorney of Record for Plaintiff, JOE SMITH, in the above-entitled action.

DATED this 21st day of May, 2018.

HATFIELD & ASSOCIATES, LTD.

By: /s/
Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89107
(702) 388-4469 Tel.
Email: tjhatfield@hatfieldlawassociates.com
*Attorney for Plaintiff*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 23, 2018

-2-

# CERTIFICATE OF SERVICE

I certify that on the 21th day of May, 2018, I electronically filed the foregoing SUBSTITUTION OF COUNSEL with the Clerk of the Court using the ECF system which served the parties hereto electronically.

Dated this 21st day of May, 2018.   By: /s/ Freda P. Brazier
                                    An Employee of Hatfield & Associates, Ltd.