TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOE SMITH, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS & CO. FOODSERVICE, LLC; DOES I through V; and ROE CORPORATIONS vi through X, inclusive;<br><br>Defendants. | CASE NO: 2:18-cv-00256-KJD-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND TO EXTEND TIME FOR DEFENDANT TO REPLY**<br>(First Request) |

COMES NOW, Plaintiff, JOE SMITH (hereinafter "Plaintiff"), by and through his counsel, Trevor J. Hatfield, of Hatfield & Associates, Ltd., and Defendant, NICHOLAS & CO. FOODSERVICE, LLC. (hereinafter "Defendant"), by and through its counsel, Anne T. Freeland, Esq. of MICHAEL BEST & FRIEDRICH, LLP, and do hereby stipulate and agree to an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment (ECF #17), that was filed on December 10, 2018, and an extension for Defendant to reply.

The reasons the extension is requested is that Plaintiff's response is due on December 31, 2018, which is in the middle of the holiday season. In addition, Plaintiff's counsel has a Mediation scheduled for December 21, 2018, in a Federal Court matter.

///

This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and 26-4 and is the parties' first request for an extension of the time for the parties to respond to dispositive motion response deadlines. Accordingly, Plaintiff shall have up to and including January 18, 2019 to respond to Defendant's Motion for Summary Judgment (ECF #17) and Defendant shall have up to and including February 1, 2019, to reply.

Dated this 13th day of December 2018.

HATFIELD & ASSOCIATES, LTD.

*/s/ Trevor J. Hatfield*
By:_____
Trevor J. Hatfield, Esq.
Nevada Bar No. 7373
703 S. Eighth St.
Las Vegas, NV 89101
(702) 388-4469 Tel.
Email: thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff*

Dated this 13th day of December 2018.

MICHAEL BEST & FRIEDRICH, LLP

/s/ Anne T. Freeland
By:_____
Anne T. Freeland, Esq.
Nevada Bar No. 10777
170 South Main, Suite 1000
Salt Lake City, UT 84101
(385) 695-6456 Tel.
Email: atfreeland@michaelbest.com
*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:_____December 17___, 2018.