Anne T. Freeland
Nevada Bar No. 10777
MICHAEL BEST & FRIEDRICH, LLP
170 South Main, Suite 1000
Salt Lake City, UT 84101
Telephone: (385) 695-6456
atfreeland@michaelbest.com

John T. Wendland
Nevada Bar No. 7207
WEIL & DRAGE, APC
2500 Anthem Village Drive
Henderson, NV 89052
Telephone: (702) 314-1905
jwendland@weildrage.com

*Attorneys for Defendant, Nicholas & Co. Foodservice LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOE SMITH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NICHOLAS & CO. FOODSERVICE LLC; DOES I through V, inclusive; and ROE CORPORATIONS VI through X, inclusive,<br><br>Defendants. | Case No: 2:18-cv-00256-KJD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT NICHOLAS & CO. FOODSERVICE, LLC'S REPLY IN SUPPORT OF IT'S MOTION FOR SUMMARY JUDGMENT**<br>(Second Request) |

COMES NOW, Defendant Nicholas & Co. Foodservice, LLC, by and through its counsel, Anne T. Freeland, of Michael Best & Friedrich, LLP, and Plaintiff Joe Smith, by and through his counsel, Trevor J. Hatfield, of Hatfield & Associates, Ltd., and do hereby stipulate and agree to an extension of time for Defendant to reply to Plaintiff's Response to Defendant's Motion for Summary Judgment (ECF No. 21), that was filed on January 18, 2019.

This request is submitted pursuant to LR IA 6-1, 6-2, and LR 26-4 and is the parties' second request for an extension of dispositive motion response deadlines. The parties previously

stipulated to extend the deadlines for the opposition and reply to the motion for summary judgment due to the holiday season and a mediation Plaintiff's counsel had scheduled. *See* Stipulation and Order to Extend Time (ECF Nos. 19 and 20). Good cause for this second extension exists in that counsel for Defendant's family member passed away unexpectedly last week. As a result, counsel for Defendant has requested, and counsel Plaintiff has agreed to allow, an additional week for Defendant to file its reply. Accordingly, Defendant shall have up to and including February 8, 2019 to reply to Plaintiff's Response to Defendant's Motion for Summary Judgment.

DATED this 30th day of January 2019.

MICHAEL BEST & FRIEDRICH, LLP

 /s/ Anne T. Freeland
Anne T. Freeland, Esq.
Nevada Bar No. 10777
170 South Main, Suite 1000
Salt Lake City, UT 84101
(385) 695-6456 Tel.
Email: atfreeland@michaelbest.com
*Attorneys for Defendant*

DATED this 30th day of January 2019.

HATFIELD & ASSOCIATES, LTD.

 /s/ Trevor J. Hatfield
Trevor J. Hatfield, Esq.
Nevada Bar No. 7373
703 S. Eighth St.
Las Vegas, NV 89101
(702) 388-4469 Tel.
Email: thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: April 2, _____, 2019
(nunc pro tunc)