AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Joe Smith

               Plaintiff,

v.

Nicholas & Co. Foodservice LLC

               Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-00256-KJD-CWH

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment has been entered in favor of the Defendant, Nicholas & Co. Foodservice LLC and against the Plaintiff, Joe Smith.

5/17/2019
Date

DEBRA K. KEMPI
Clerk

/s/ A. Reyes
Deputy Clerk