AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Joe Smith

           Plaintiff,

v.

Nicholas & Co. Foodservice LLC

           Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-00256-KJD-CWH

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Hatfield & Associates, Ltd., and attorney Trevor J. Hatfield, Esq. and against Plaintiff Joe Smith in the amount of $1,104.55.

12/19/19
Date

DEBRA K. KEMPI
Clerk

/s/ A. Reyes
Deputy Clerk